UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | : Hon. Susan D. Wigenton |
| v. | : Crim. No. 12-177 (SDW) |
| JHON HARRISON GARCIA-BUSTAMANTE and EDWIN MONTOYA-LONGA | : : |

ORDER FOR CONTINUANCE

This matter having come before the Court on the joint application of Paul J. Fishman, United States Attorney for the District of New Jersey (Shirley U. Emehelu, Assistant U.S. Attorney, appearing), defendant JHON HARRISON GARCIA-BUSTAMANTE (Pasquale F. Giannetta, Esq., appearing), and defendant EDWIN MONTOYA-LONGA (Richard J. Verde, Esq., appearing), for an order granting a continuance of the proceedings in the above-captioned matter, and the defendants being aware that they have the right to have the matter brought to trial within 70 days of the date of their appearance before a judicial officer of this court pursuant to Title 18, United States Code, Section 3161(c)(1), and the defendants each having consented to such a continuance, and it appearing that the defendants waive such right, and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

(1) Plea negotiations are currently in progress, and both the United States and the defendants desire additional time to negotiate a plea agreement, which would render trial of this matter unnecessary;

(2) As a result of the foregoing, pursuant to Title 18, United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS, therefore, on this 24th day of July, 2012,

ORDERED that this action be, and hereby is, continued until August 31, 2012; and it is further

ORDERED that the period from the date of this order through August 31, 2012 shall be excludable in computing time under the Speedy Trial Act of 1974.

_____
HON. SUSAN D. WIGENTON
United States District Judge

Form and entry
consented to:

_____
SHIRLEY U. EMEHELU
Assistant U.S. Attorney


_____
Pasquale F. Giannetta, Esq.
Counsel for defendant
  JHON HARRISON GARCIA-BUSTAMANTE



_____
Richard J. Verde, Esq.
Counsel for defendant EDWIN MONTOYA-LONGA

Form and entry
consented to:

_____
SHIRLEY U. EMEHELU
Assistant U.S. Attorney



_____
Pasquale F. Giannetta, Esq.
Counsel for defendant
  JHON HARRISON GARCIA-BUSTAMANTE

_____ 7/22/12
Richard J. Verde, Esq.
Counsel for defendant EDWIN MONTOYA-LONGA